UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>

        v.                      Criminal No. 05-cr-250-01-SM

<u>Amy Halle</u>


<u>ORDER</u>

        Re: Document No. 16, Assented to Motion to Continue
Sentencing Until December 2007

        Ruling: Granted.   This is an old case, and multiple
continuances have been granted for the convenience of the defendant
and government relative to defendant's ongoing cooperation in
another prosecution.  While it is obviously beyond the control of
the government and defendant that the other prosecution resulted in
a mistrial and the retrial has been scheduled for the Fall, and
while the court understands the government's wish to make defendant
available to testify and defendant's wish to fully cooperate before
she is sentenced, her case cannot be indefinitely stalled because
of her cooperation in other cases.  This continuance will be the
last, absent extraordinary and unforeseen circumstances (which will
not include further delays in the other case).  Moreover, the court
is aware of defendant's lackluster compliance with the terms of her
release. Obviously, defendant's failure to fully comply, in letter
and spirit, with the terms of her release will result in either
termination of bail, acceleration of her sentencing hearing, or
both.


                              /s/ Steven J. McAuliffe
                              Steven J. McAuliffe
                              Chief District Judge

Date:  April 20, 2007

cc:  William E. Morse, Esq.
     Sandra Bloomenthal, Esq.
     U. S. Marshal
     U. S. Probation